UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
SEP 1 0 2009
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

INDICTMENT FOR MAIL FRAUD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09- 115-JJB-DLD |
| | : | |
| *versus* | : | 18 U.S.C. § 1341 |
| | : | 18 U.S.C. § 1346 |
| JAMES H. LESLIE | : | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

### General Allegations

At all times relevant to this Indictment:

1. Prison Enterprises was a state agency within the Louisiana Department of Public Safety and Corrections (LDPSC) which was established to produce food and other necessary items for inmates, to provide goods to other state and local agencies, and to provide work opportunities for inmates. Prison Enterprises was authorized to use inmate labor and other LDPSC resources to operate agricultural and industrial enterprises at state prisons.

2. Prison Enterprises owned horses, some of which were maintained at the Louisiana State Penitentiary at Angola ("Angola").

3. Pursuant to state law and Prison Enterprises policy, horses owned by Prison Enterprises were available for sale to state and local agencies, other tax-supported institutions, and certain non-profit organizations and, only by means of public auction or competitive bidding, to the general public.

4. Defendant **JAMES H. LESLIE** was the Director of Prison Enterprises. Louisiana law prohibited defendant **LESLIE** from purchasing horses owned by Prison Enterprises.

5. P.R. was a resident of Colorado who operated a custom saddle business and occasionally bought and sold horses.

6. J.T. was an Angola employee who was responsible for the training and care of horses owned by Prison Enterprises and maintained at Angola.

### The Scheme to Defraud

7. From on or about October 28, 2004, to on or about July 17, 2006, defendant **LESLIE** and others devised and intended to devise a scheme to defraud the State of Louisiana of its intangible right to his honest services and of money and property, namely, horses and auction commissions and fees, by means of materially false and fraudulent pretenses, representations and promises.

8. The scheme was to sell Prison Enterprises horses directly to defendant **LESLIE** and P.R. in violation of state law and Prison Enterprises policy, to conceal defendant **LESLIE**'s purchase, and to create documentation falsely reflecting that the horses were sold at public auction.

### Execution of the Scheme

9. The scheme was executed in the following manner:

   a. <u>Jigsaw, Slash and Melissa</u>

      i. On or about October 28, 2004, P.R. arranged with J.T. to buy a mare and two geldings, Melissa, Jigsaw and Slash, from Prison Enterprises for

$4500 each.

        ii.      Defendant **LESLIE** contacted a stockyard in DeQuincy, Louisiana, and arranged for the stockyard to handle the sale of the horses as if the horses had been purchased at an auction at the stockyard.

        iii.     P.R. had the horses transported from Angola to Colorado.

        iv.     A Prison Enterprises employee signed a livestock transmittal control form which falsely represented that the horses were transported to the stockyard.

        v.      On or about November 1, 2004, the stockyard mailed payment for the horses, less a $1012.50 commission and a $47.25 insurance fee, to Prison Enterprises.

b.     Bandit and Sunlite

        i.       On or about June 22, 2005, P.R. arranged with J.T. to buy two horses, Bandit and Sunlite, from Prison Enterprises for $4500 each.

        ii.      Defendant **LESLIE** contacted a stockyard in DeQuincy, Louisiana, and arranged for the stockyard to handle the sale of the horses as if the horses had been purchased at an auction at the stockyard.

        iii.     P.R. had the horses transported from Angola to Colorado.

        iv.     A livestock transmittal control form was prepared which falsely represented that the horses were transported to the stockyard.

v. On or about August 1, 2005, the stockyard mailed payment for the horses, less a $675 commission and a $36 insurance fee, to Prison Enterprises.

c. Smitty, #452, and #470

i. On or about June 27, 2006, P.R. arranged with J.T. to buy two horses, bearing brand numbers 452 and 470, from Prison Enterprises for $4500 each, less a $2500 credit given to P.R. because Redman, a horse previously purchased by P.R., was discovered to have medical problems.

ii. Defendant **LESLIE** asked P.R. to purchase an additional horse, a paint horse named Smitty, from Prison Enterprises for $1500 and then sell it to defendant **LESLIE** for the same amount. Defendant **LESLIE** explained to P.R. that, as Director of Prison Enterprises, he could not purchase horses from Prison Enterprises. P.R. agreed to purchase the paint horse as suggested by defendant **LESLIE**.

iii. Defendant **LESLIE** contacted a stockyard in DeQuincy, Louisiana, and arranged for the stockyard to handle the sale of the three horses as if the horses had been purchased at an auction at the stockyard.

iv. Defendant **LESLIE** gave P.R. a personal check in the amount of $1500 for the paint horse, and P.R. gave J.T. a check payable to the stockyard in the amount of $8000. P.R. then had his two horses transported from Angola to Colorado.

v.  On or about July 1, 2006, J.T. and another Angola employee hand carried P.R.'s check and a livestock transmittal control form to the stockyard. The livestock transmittal control form falsely represented that all three horses were transported to the stockyard.

vi.  On or about July 17, 2006, the stockyard mailed payment for the three horses, less a $600 commission and a $32 insurance fee, to Prison Enterprises.

### The Mailings

11.  On or about the following dates, defendant **LESLIE**, having devised and intended to devise the aforesaid scheme, for the purpose of executing said scheme and attempting to do so, knowingly caused the below described checks to be sent by United States Mail and commercial interstate carriers from the stockyard in DeQuincy, Louisiana, to Prison Enterprises in Baton Rouge, Louisiana, within the Middle District of Louisiana, as described below.

| COUNT | DATE | CHECK |
|---|---|---|
| ONE | November 1, 2004 | Check no. 272049 drawn on an account held by the DeQuincy, Louisiana, stockyard at Cameron State Bank in the amount of $12,440.25 |

| COUNT | DATE | CHECK |
|-------|------|-------|
| TWO | August 1, 2005 | Check no. 281409 drawn on an account held by the DeQuincy, Louisiana, stockyard at Cameron State Bank in the amount of $8289 |
| THREE | July 17, 2006 | Check no. 291490 drawn on an account held by the DeQuincy, Louisiana, stockyard at Cameron State Bank in the amount of $7368 |

The above are violations of Title 18, United States Code, Sections 1341, 1346, and 2.

UNITED STATES OF AMERICA, by

*[signature]*
DAVID R. DUGAS
UNITED STATES ATTORNEY

*[signature]*
M. PATRICIA JONES
ASSISTANT U.S. ATTORNEY

*[signature]*
IAN F. HIPWELL
ASSISTANT U.S. ATTORNEY

**A TRUE BILL**

*[signature]* William T. W---
GRAND JURY FOREPERSON

9-10-09
Date

| | | |
|---|---|---|
| | **Criminal Cover Sheet** | **U.S. District Court** |

**Place of Offense:**        Matter to be sealed: ☒ No    ☐ Yes

City     __Baton Rouge__        Related Case Information: MDLA Cr. No.06-28-FJP

County/Parish __East Baton Rouge__    Superseding Indictment _____ Docket Number _____
Agency: Federal Bureau of Investigation    Same Defendant ____ New Defendant _____
             Magistrate Case Number _____
             Search Warrant Case No. _____
             R 20/ R 40 from District of _____
             **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    **JAMES H. LESLIE**
Alias
Address:
Birth date:       SS #:       Sex: Male    Race:      Nationality

**U.S. Attorney Information:**

AUSA:    **M. Patricia Jones**        Bar #   **18543**

Interpreter:   ☒ No   ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| set 1 | 18 U.S.C. §1341 and 18 U.S.C. §1346 | Mail Fraud | 1 - 3 |
| set 2 | | | |
| set 3 | | | |
| set 4 | | | |

(May be continued on second sheet)

Date: _9-10-09_    Signature of AUSA: _M. Patricia Jones_

**District Court Case Number (To be filled in by deputy clerk):** _____